IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3133 |
| v. | ) | |
| | ) | |
| CHRISTINA ANN LOZA, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The clerk is directed to remove filing number 45 from the public docket sheet and file it as a sealed pleading.

DATED this 5th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge